UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SPEISER,<br><br>    Plaintiff,<br><br>    v.<br><br>SIGMA DESIGNS, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-01670-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 17 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with prejudice** as to plaintiff's individual claims and **without** prejudice as to claims of the putative class. The Clerk shall close the case.

Dated: May 18, 2018

WILLIAM H. ORRICK
United States District Judge